**LUBBOCK NATIONAL COMPANY, Appellant, v. H. C. GLENN, Receiver, Appellee.**

No. 8139.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

R. A. Sowder and Vickers, Campbell & Evans, all of Lubbock, for appellant.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

McCLENDON, Chief Justice.

This case is companion to 82 S.W.(2d) 1116, and is ruled by the decision in that case, which in turn is ruled by the decision in Walker v. Temple Trust Company (Tex. Civ. App.) 60 S.W.(2d) 826, recently affirmed by the Supreme Court, 80 S.W.(2d) 935. Upon the authority of that decision, the trial court's judgment is affirmed.

Affirmed.